UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF LG, MODEL: LG15G, SN: 512VTUQ365230, IMEI:354055-07-365230-3, STYLE: SMARTPHONE, COLOR: BLACK, MOBILE DEVICE, **(Device 3)** | Case No. 1:16-mj-23 <br><br> **Filed Under Seal** |

## **ORDER**

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 11th day of August, 2016.

Brian K. Epps
United States Magistrate Judge
Southern District of Georgia